# EXHIBIT A

US00D526197S

(12) **United States Design Patent**
Lauret

(10) Patent No.: **US D526,197 S**
(45) Date of Patent: ** **Aug. 8, 2006**

(54) **BOTTLE**

(75) Inventor: **Richard Lauret**, Saint Denis (FR)

(73) Assignee: **Societe Autonome de Verreries**, Feuquieres (FR)

(**) Term: **14 Years**

(21) Appl. No.: **29/211,960**

(22) Filed: **Aug. 25, 2004**

(30) **Foreign Application Priority Data**

Feb. 25, 2004 (EM) ........................................ 000137997

(51) LOC (8) Cl. .................................................... 09-01
(52) U.S. Cl. ........................................ **D9/505; D9/545**
(58) Field of Classification Search ................ D9/500,
D9/503–505, 516, 520, 529, 544–446, 549,
D9/558; D7/507; D28/76, 82; D99/5; 215/50,
215/370–371, 379
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 575,954 A | * | 1/1897 | Huffman | 215/370 |
| 738,032 A | * | 9/1903 | Harrison | 215/50 |
| 4,863,049 A | * | 9/1989 | Suzuki et al. | 215/50 |
| D353,324 S | * | 12/1994 | Rice, III | D9/545 |
| D397,038 S | * | 8/1998 | Estrin et al. | D9/523 |
| D414,111 S | * | 9/1999 | Herrmann | D9/503 |
| D416,800 S | * | 11/1999 | Herrmann | D9/500 |
| D431,648 S | * | 10/2000 | Jansen et al. | D9/503 |
| D435,450 S | * | 12/2000 | Eisenbarth | D9/500 |
| D452,442 S | * | 12/2001 | Bowen | D9/503 |
| D483,264 S | * | 12/2003 | Canepa | D9/500 |
| D487,872 S | * | 3/2004 | De Baschmakoff | D9/500 |
| D491,066 S | * | 6/2004 | Le Goff | D9/500 |

FOREIGN PATENT DOCUMENTS

WO DM/060079 * 5/2002

OTHER PUBLICATIONS

Bud Hastin, "Avon Product & California Perfume Collector's Encyclopedia", 'Bay Rum 1920", Pub. by Bud Hastin © 1998, p. 42, center of the page.*
"Dumglas COntainers—Drug, Chemical & Toiletry Industries", Tapered Rounds, © 1962, p. 8, top left.*
"Whitall Tatum Company—Price List', 'Seltzers or Packing Bottles', © 1908, p. 35, top left.*

* cited by examiner

*Primary Examiner*—Ian Simmons
*Assistant Examiner*—Dana Sipos
(74) *Attorney, Agent, or Firm*—Young & Thompson

(57) **CLAIM**

The ornamental design for a bottle, as shown.

**DESCRIPTION**

FIG. 1 is a top, side perspective view of a bottle showing my new design;
FIG. 2 is a front elevational view thereof;
FIG. 3 is a rear elevational view thereof;
FIG. 4 is a right side elevational view thereof;
FIG. 5 is a left side elevational view thereof;
FIG. 6 is a top plan view thereof; and,
FIG. 7 is a bottom plan view thereof.

**1 Claim, 6 Drawing Sheets**



Case 2:16-cv-00908-WFK-GRB   Document 1-3   Filed 02/23/16   Page 3 of 21 PageID #: 15



FIG. 1

Case 2:16-cv-00908-WFK-GRB   Document 1-3   Filed 02/23/16   Page 4 of 21 PageID #: 16



# FIG. 2



FIG. 3

Case 2:16-cv-00908-WFK-GRB   Document 1-3   Filed 02/23/16   Page 6 of 21 PageID #: 18



FIG. 4



FIG. 5



FIG. 6



FIG. 7

# EXHIBIT B





### Round
50 ml



| | |
|---|---|
| Mold | 9211001 |
| Finish | 18-400 |
| Diameter | 1.3" |
| Height | 4.7" |
| Weight | 70g |
| | 2.5 oz |

### Venice
50 ml



| | |
|---|---|
| Mold | 9119026 |
| Finish | 18-400 |
| Diameter | 1.7" |
| Height | 3.9" |
| Weight | 75g |
| | 2.6 oz |

### Square Tequila
50 ml



| | |
|---|---|
| Mold | 9111040 |
| Finish | 18-400 |
| Diameter | 1.2" |
| Height | 4.7" |
| Weight | 75g |
| | 2.6 oz |

### Estrella
50 ml



| | |
|---|---|
| Mold | 9119025 |
| Finish | 18-400 |
| Diameter | 1.3" |
| Height | 5.5" |
| Weight | 94g |
| | 3.3 oz |

### Bolera
200 ml



| | |
|---|---|
| Mold | 9231021 |
| Finish | 28-350 |
| Diameter | 3.0" |
| Height | 7.1" |
| Weight | 214g |
| | 7.5 oz |

### Nova
200 ml



| | |
|---|---|
| Mold | 9139053 |
| Finish | 28-350 |
| Diameter | 3.1" |
| Height | 6.8" |
| Weight | 225g |
| | 7.9 oz |

*Spirits*




### Luna
375 ml

| | |
|---|---|
| Mold | 9141026 |
| Finish | 28-350 |
| Diameter | 3.6" |
| Height | 8.0" |
| Weight | 310g |
| | 10.9 oz |




### Flask
375 ml

| | |
|---|---|
| Mold | 9145026 |
| Finish | 30-1610 |
| Diameter | 3.6" |
| Height | 8.2" |
| Weight | 310g |
| | 10.9 oz |




### Bordalesa
375 ml

| | |
|---|---|
| Mold | 9342018 |
| Finish | BAR TOP |
| Diameter | 2.5" |
| Height | 9.7" |
| Weight | 330g |
| | 11.6 oz |




### Nova
375 ml

| | |
|---|---|
| Mold | 9149030 |
| Finish | 28-350 |
| Diameter | 3.7" |
| Height | 8.0" |
| Weight | 357g |
| | 12.6 oz |




### Vida
375 ml

| | |
|---|---|
| Mold | 9142018 |
| Finish | BAR TOP |
| Diameter | 2.3" |
| Height | 10.6" |
| Weight | 430g |
| | 15.2 oz |




### Delgada
375 ml

| | |
|---|---|
| Mold | 9342020 |
| Finish | BAR TOP |
| Diameter | 2.2" |
| Height | 13.0" |
| Weight | 519g |
| | 18.3 oz |

*Spirits*




**W5**
750 ml

| | |
|---|---|
| Mold | 9369016 |
| Finish | 30-1680 |
| Diameter | 3.0" |
| Height | 11.8" |
| Weight | 450g |
| | 15.9 oz |




**Zeus**
750 ml

| | |
|---|---|
| Mold | 9161074 |
| Finish | 28-350 |
| Diameter | 3.1" |
| Height | 11.5" |
| Weight | 454g |
| | 16.0 oz |




**Nova**
750 ml

| | |
|---|---|
| Mold | 9161076 |
| Finish | 28-350 |
| Diameter | 3.0" |
| Height | 11.5" |
| Weight | 454g |
| | 16.0 oz |




**WRT MPU**
750 ml

| | |
|---|---|
| Mold | 9369025 |
| Finish | 30-1680 |
| Diameter | 3.0" |
| Height | 11.9" |
| Weight | 470g |
| | 16.6 oz |




**WRT BT**
750 ml

| | |
|---|---|
| Mold | 9362241 |
| Finish | BAR TOP |
| Diameter | 2.9" |
| Height | 11.9" |
| Weight | 470g |
| | 16.6 oz |



**Square tequila**
750 ml

| | |
|---|---|
| Mold | 9261021 |
| Finish | 28-350 |
| Diameter | 2.8" |
| Height | 10.5" |
| Weight | 482g |
| | 17.0 oz |

*Spirits*




### W65 BT
750 ml

| | |
|---|---|
| Mold | 9362132 |
| Finish | BAR TOP |
| Diameter | 3.0" |
| Height | 11.9" |
| Weight | 483g |
| | 17.0 oz |




### W65 STEL
750 ml

| | |
|---|---|
| Mold | 9369017 |
| Finish | 30-1680 |
| Diameter | 3.0" |
| Height | 11.9" |
| Weight | 485g |
| | 17.1 oz |




### Athenea
750 ml

| | |
|---|---|
| Mold | 9169135 |
| Finish | 30-1680 |
| Diameter | 2.7" |
| Height | 12.4" |
| Weight | 515g |
| | 18.2 oz |




### Vega
750 ml

| | |
|---|---|
| Mold | 9162119 |
| Finish | FLANGE |
| Diameter | 3.5" |
| Height | 8.4" |
| Weight | 545g |
| | 19.2 oz |




### Vega CT
750 ml

| | |
|---|---|
| Mold | 9161002 |
| Finish | 30-400 |
| Diameter | 3.5" |
| Height | 8.7" |
| Weight | 545g |
| | 19.2 oz |




### Bordalesa
750 ml

| | |
|---|---|
| Mold | 9362253 |
| Finish | BAR TOP |
| Diameter | 2.9" |
| Height | 13.2" |
| Weight | 575g |
| | 20.3 oz |

*Spirits*




### Dulce
750 ml

| | |
|---|---|
| Mold | 9165276 |
| Finish | BAR TOP |
| Diameter | 3.5" |
| Height | 8.6" |
| Weight | 600g |
| | 21.2 oz |




### Vallarta
750 ml

| | |
|---|---|
| Mold | 9362200 |
| Finish | BAR TOP |
| Diameter | 2.9" |
| Height | 13.0" |
| Weight | 605g |
| | 21.3 oz |




### Prelude
750 ml

| | |
|---|---|
| Mold | 9368009 |
| Finish | BAR TOP |
| Diameter | 3.3" |
| Height | 11.6" |
| Weight | 628g |
| | 22.2 oz |




### Decanter
750 ml

| | |
|---|---|
| Mold | 9162125 |
| Finish | SPECIAL |
| Diameter | 4.2" |
| Height | 8.2" |
| Weight | 675g |
| | 23.8 oz |




### Etude
750 ml

| | |
|---|---|
| Mold | 9362154 |
| Finish | BAR TOP |
| Diameter | 2.9" |
| Height | 11.9" |
| Weight | 685g |
| | 24.2 oz |




### WCF
750 ml

| | |
|---|---|
| Mold | 9362153 |
| Finish | BAR TOP |
| Diameter | 2.8" |
| Height | 13.0" |
| Weight | 691g |
| | 24.4 oz |

*Spirits*




### Vida
750 ml

| | |
|---|---|
| Mold | 9162111 |
| Finish | BAR TOP |
| Diameter | 2.8" |
| Height | 13.0" |
| Weight | 800g |
| | 28.2 oz |




### Victory
750 ml

| | |
|---|---|
| Mold | 9162120 |
| Finish | BAR TOP |
| Diameter | 3.8" |
| Height | 8.6" |
| Weight | 810g |
| | 28.6 oz |




### Estrella
750 ml

| | |
|---|---|
| Mold | 9162113 |
| Finish | BAR TOP |
| Diameter | 3.0" |
| Height | 13.0" |
| Weight | 824g |
| | 29.1 oz |




### Santana
750 ml

| | |
|---|---|
| Mold | 9168061 |
| Finish | FLANGE |
| Diameter | 3.6" |
| Height | 6.6" |
| Weight | 845g |
| | 29.8 oz |




### Bella
750 ml

| | |
|---|---|
| Mold | 9162112 |
| Finish | BAR TOP |
| Diameter | 3.0" |
| Height | 13.0" |
| Weight | 857g |
| | 30.2 oz |




### Genesis
750 ml

| | |
|---|---|
| Mold | 9162126 |
| Finish | BAR TOP |
| Diameter | 3.4" |
| Height | 8.7" |
| Weight | 860g |
| | 30.3 oz |

*Spirits*




### Bella Stel
**750 ml**

| | |
|---|---|
| Mold | 9161086 |
| Finish | 30-1680 |
| Diameter | 3.0" |
| Height | 13.0" |
| Weight | 865g |
| | 30.5 oz |



### Atlas
**1 l**

| | |
|---|---|
| Mold | 9189086 |
| Finish | 28-350 (CT) |
| Diameter | 3.5" |
| Height | 11.9" |
| Weight | 496g |
| | 17.5 oz |




### Nova
**1 l**

| | |
|---|---|
| Mold | 9189114 |
| Finish | 28-350 (CT) |
| Diameter | 3.5" |
| Height | 11.5" |
| Weight | 515g |
| | 18.2 oz |



### Zeus
**1 l**

| | |
|---|---|
| Mold | 9181033 |
| Finish | 28-350 (CT) |
| Diameter | 3.5" |
| Height | 12.1" |
| Weight | 530g |
| | 17.9 oz |



### Square tequila
**1 l**

| | |
|---|---|
| Mold | 9281020 |
| Finish | 28-350 (CT) |
| Diameter | 3.1" |
| Height | 11.4" |
| Weight | 610g |
| | 21.5 oz |




### Vida
**1 l**

| | |
|---|---|
| Mold | 9182013 |
| Finish | BAR TOP |
| Diameter | 3.1" |
| Height | 13.5" |
| Weight | 853g |
| | 30.1 oz |

*Spirits*



**Bella**
1 l

| | |
|---|---|
| Mold | 9182015 |
| Finish | BAR TOP |
| Diameter | 3.3" |
| Height | 13.5" |
| Weight | 980g |
| | 34.6 oz |





**Estrella**
1 l

| | |
|---|---|
| Mold | 9182014 |
| Finish | BAR TOP |
| Diameter | 3.3" |
| Height | 13.5" |
| Weight | 990g |
| | 34.9 oz |





**Round**
1.75 l

| | |
|---|---|
| Mold | 9182033 |
| Finish | BAR TOP |
| Diameter | 4.4" |
| Height | 13.1" |
| Weight | 922g |
| | 32.5 oz |





**Sierra**
1.75 l

| | |
|---|---|
| Mold | 9281024 |
| Finish | 33-360 |
| Diameter | 4.2" |
| Height | 13.7" |
| Weight | 935g |
| | 33.0 oz |





**Nova**
1.75 l

| | |
|---|---|
| Mold | 9181034 |
| Finish | 33-360 (CT) |
| Diameter | 4.8" |
| Height | 11.9" |
| Weight | 1028g |
| | 36.3 oz |





**Guerrero**
1.75 l

| | |
|---|---|
| Mold | 9181036 |
| Finish | 33-360 (CT) |
| Diameter | 5.0" |
| Height | 12.0" |
| Weight | 1091g |
| | 38.5 oz |



# finishes




SPECIAL



BAR TOP



FLANGE



30-1680



30-1610



33-360



18-400



28-350



30-400

# colors





AMBER



FLINT

SUPER FLINT



COBALT BLUE



EMERALD GREEN



## VITRO'S PROMISE OF EXCELLENCE

Vitro S.A. de C.V. was founded in 1909 to serve the glass container market in northern Mexico. Today, Vitro serves the North American market with over 100 years of experience in the glass industry and six plants throughout Mexico. As a subsidiary of Vitro S.A. de C.V., Vitro Packaging, LLC serves the US and Canadian markets by providing a full range of value added glass packaging products to the North American wine, spirits, beverage, beer, pharmaceutical and chemical, food and cosmetic industries. Our Primary Goal is to provide our clients with the highest level of service and quality while meeting their complete glass packaging needs.

Today we do this through VitroSolutions®, a value-added systematic approach to provide our clients with a complete package solution; including market analysis assistance, comprehensive design services, decoration development, and reliable, consistent processes. Our product and services are manufactured and generated in a process controlled setting, adhering to the highest standards and delivery within time lines demanded in today's competitive marketplace.



Online Catalog.

5200 Tennyson Pkwy Suite 100, Plano, TX  75024        1000 Green Island Rd. American Canyon, CA 94503
p. 469.443.1000  f. 469.443.1200                                      p. 707.551.1400  f. 707.647.1682

www.vitropackaging.com